| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Parker, Michael T. | 2. Court or Organization Southern Dist. of Mississippi | 3. Date of Report 10/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 701 N. Main Street, Suite 216 Hattiesburg, MS 39401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Parker Holdings, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 10/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/07/2017 | United States Treasury - tax overpayment | $1,500.00 |
| 2. 03/08/2017 | Mississippi State Tax Commission - tax overpayment | $2,031.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 10/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Iberia Bank | Mortgage on rental propery - Orange Beach, AL (see Part VII, line 33 and explanation in Part VIII) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annuity CNA Annuity, Continental Assurance Company (See VIII) | | None | N | W | | | | | |
| 2. Bancorp South -- Accounts | A | Interest | J | T | | | | | |
| 3. Community Bank -- Account (See VIII) | A | Interest | | | Closed | 09/25/17 | J | | |
| 4. College Tuition Contracts -MPACT | D | Distribution | J | T | | | | | |
| 5. United States Savings Bonds | A | Interest | J | T | | | | | |
| 6. Regions Bank - Account | A | Interest | K | T | | | | | |
| 7. IRA (funds included in IRA are indented below) | D | Int./Div. | N | T | | | | | |
| 8. ---Pimco Total Return Class C (See VIII) | A | Int./Div. | | | Sold | 03/17/17 | J | | |
| 9. ---Franklin Income Fund Class C | A | Int./Div. | L | T | Buy (add'l) | 12/15/17 | K | | |
| 10. ---American Growth Fund of America Class F1 | C | Int./Div. | L | T | Sold (part) | 12/15/17 | K | | |
| 11. ---Lord Abbett Bond-Debenture Fund Class C (See VIII) | A | Int./Div. | | | Sold | 12/08/17 | J | | |
| 12. ---MFS Total Return Fund Class C | B | Int./Div. | L | T | Buy (add'l) | 12/15/17 | K | | |
| 13. --- Franklin Mutual Series Shares Class C (See VIII) | B | Int./Div. | | | Sold | 12/08/17 | K | | |
| 14. ---Templeton Growth Class C (See VIII) | A | Int./Div. | | | Sold | 03/17/17 | K | | |
| 15. ---Fidelity Government Money Market (See VIII) | A | Int./Div. | K | T | Buy (add'l) | 03/20/17 | J | | |
| 16. ---Fidelity Government Money Market (See VIII) | A | Int./Div. | K | T | Buy (add'l) | 03/22/17 | K | | |
| 17. ---Dunham Monthly Distribution Fund (See VIII) | A | Int./Div. | | | Sold | 03/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Salient Select Income Class C (see (VIII) | B | Int./Div. | L | T | Buy (add'l) | 12/15/17 | L | | |
| 19. ---Columbia Acorn Fund Class C (See VIII) | B | Int./Div. | | | Sold | 12/08/17 | J | | |
| 20. ---First Eagle Global Fund Class C (See VIII) | A | Int./Div. | | | Sold | 12/08/17 | J | | |
| 21. ---American Investment Co of America Class F1 (See VIII) | A | Int./Div. | | | Sold | 12/08/17 | K | | |
| 22. Voya Golden Select Variable Annuity -- funds below | | None | M | T | | | | | |
| 23. ---Voya Retirement Moderate Growth | C | Dividend | K | T | | | | | |
| 24. ---Voya Templeton Global Growth Portfolio | C | Dividend | K | T | | | | | |
| 25. ---Voya Index Plus Large Cap Portfolio | C | Dividend | K | T | | | | | |
| 26. ---Voya VP Index Plus MidCap Porfolio | C | Dividend | K | T | | | | | |
| 27. --- Voya Index Plus Small Cap Portfolio | A | Dividend | K | T | | | | | |
| 28. ---Voya Clarion Real Estate Portfolio (S) | D | Dividend | K | T | | | | | |
| 29. ---Voya Large Cap Growth Portfolio (S) | D | Dividend | K | T | | | | | |
| 30. Allianz Life Ins. Company--- Fixed Annuity | D | Dividend | M | T | | | | | |
| 31. Discover Bank | C | Interest | M | T | | | | | |
| 32. CIT Bank | A | Interest | L | T | | | | | |
| 33. Rental Property - Orange Beach, Baldwin County, AL (see VIII) | E | Rent | N | W | | | | | |
| 34. Iberia Bank (see VIII) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1 -- Parker Holdings, LLC rental property in Orange Beach, AL

Part VII, Line 1 -- Annuity which pays a fixed monthly amount ("Regular, periodic payments of an annuity are treated as a return of the filer's investment and are, there, not reported as income." See Filing Instructions for Calendar Year 2017 Reports, page 41.

Part VII, Line 3 -- Account closed on 9/24/17

Part VII, Lines 8, 11, 13, 14, 17, 19, 20 & 21 -- these funds were sold and the proceeds were allocated to the remaining funds listed (Franklin Income Fund Class C, American Growth Fund of America Class F1, MFS Total Return Fund CLass C, Fidelity Government Money Market & Salient Select Income Class C). The value of the remaining funds may have increased and the value codes in the report represent the increase, if any. The allocation of the selling funds to the remaining funds is also disclosed as purhases by the remaining funds.

Part VII, Lines 15 & 16 -- this fund is listed twice because 2 purchases were made during this reporting period (3/20/17 & 3/22/17); the total value of this fund is K

Part VII, Line 22 - this is a header entry, the specific funds are listed below the header

Part VII, Line 33 -- Parker Holdings, LLC rental property in Orange Beach, AL

Part VII, Line 34 -- Parker Holdings, LLC account for rental property in Orange Beach, AL. The account did not draw any interest in 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 10/17/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael T. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544